**TALBOT v. N.C. DEPT. OF TRANSPORTATION**

[326 N.C. 590 (1990)]

FREDDA DIANE BAYNOR TALBOT v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, DIVISION OF MOTOR VEHICLES

No. 435PA89

(Filed 10 May 1990)

ON discretionary review, pursuant to N.C.G.S. § 7A-31, of a decision of the Court of Appeals, 95 N.C. App. 446, 382 S.E.2d 447 (1989), affirming the Decision and Order of the North Carolina Industrial Commission entered 7 June 1988. Heard in the Supreme Court 10 April 1990.

*Carter, Archie & Hassell, by Sid Hassell, Jr., for the plaintiff-appellee.*

*Lacy H. Thornburg, Attorney General, by Victor H. E. Morgan, Jr., Assistant Attorney General, for the defendant-appellant.*

PER CURIAM.

After hearing oral arguments and considering the new briefs of counsel, the Court concludes that discretionary review was improvidently allowed.

Discretionary review improvidently allowed.